## In re WORKERS' COMPENSATION ATTORNEY FEES ON CERTIORARI.

No. C8–84–1051.

Supreme Court of Minnesota.

Nov. 20, 2002.

### ORDER

Where upon review on certiorari of a decision or order of the Workers' Compensation Court of Appeals, an award of compensation is affirmed, or modified and affirmed, or an order disallowing compensation is reversed, the Supreme Court may allow reasonable attorney fees incident to the review. The allowance of reasonable attorney fees is made a part of the judgment order. Minn.Stat. § 176.511, subd. 5 (2002). The amounts allowed under the statute by this court have not been adjusted since 1988 and shall now be increased.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that $1,200 in attorney fees shall be allowed where briefs are filed and the matter is considered on the en banc nonoral calendar and $1,600 in attorney fees shall be allowed where briefs are filed and the matter is considered on the en banc oral calendar. This fee schedule shall be effective January 1, 2003, on all appeals filed thereafter.

/s/ KATHLEEN A. BLATZ
Chief Justice

## In re Petition for DISCIPLINARY ACTION AGAINST Ronald L. KOPESKA, an Attorney at Law of the State of Minnesota.

No. C2–01–1472.

Supreme Court of Minnesota.

Nov. 20, 2002.

### ORDER

On January 17, 2002, this court suspended respondent Ronald L. Kopeska from the practice of law for a period of six months. Respondent has filed an affidavit with the Office of the Lawyers Professional Responsibility stating that he has complied with the all of the conditions for reinstatement. The Office of Lawyers Professional Responsibility has filed an affidavit stating that respondent has complied with the conditions of the suspension order and that it does not object to reinstatement.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that respondent Ronald L. Kopeska is reinstated to the practice of law in the State of Minnesota effective the date of this order.

BY THE COURT
Paul H. Anderson
Paul H. Anderson
Associate Justice